**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY LEMON, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No.: 1:24-cv-12149 |
| v. ) ) ) | Hon. Matthew F. Kennelly |
| PERFORMANCE FOOD GROUP, INC., ) ) | |
| Defendant. ) ) | |

**JOINT STIPULATION TO CONTINUE DEADLINE TO AMEND THE PLEADINGS**

Plaintiff Timothy Lemon ("Plaintiff") and Performance Food Group, Inc. ("Defendant") (collectively the "Parties"), hereby request that this Court extend the deadline for Plaintiff to amend his complaint from June 30, 2025 to July 30, 2025. In support of this stipulation, the Parties state as follows:

1. WHEREAS, on November 25, 2024, Plaintiff filed his complaint.

2. WHEREAS, on February 21, 2025, Defendant filed its Motion to Dismiss Plaintiff's Complaint

3. WHEREAS, on March 21, 2025, in response to Defendant's Motion, Plaintiff filed his First Amended Complaint.

4. WHEREAS, on April 16, 2025, Defendant filed an Answer to Plaintiff's First Amended Complaint.

5. WHEREAS, on April 24, 2025, the Court issued an order extending the deadline to amend pleadings and add parties to June 30, 2025.

6. WHEREAS, on May 7, 2025, the both Plaintiff and Defendant propounded discovery requests on each other. The Parties needed additional time to respond to discovery

requests and mutually agreed to extend the deadlines to respond to the discovery requests from June 6, 2025 to July 15, 2025.

7. WHEREAS, the deadline to amend the pleadings is June 30, 2025, which is currently set before the new deadline for Defendant to provide responses to Plaintiff's discovery requests. Plaintiff will need to review Defendant's responses to the propounded discovery requests to determine whether additional parties should be named in the complaint.

THEREFORE, the Parties hereby agree and stipulate to request that the Court extend the deadline for Plaintiff to amend his complaint from June 30, 2025 to July 30, 2025.

/s/*Maksim Gorbunov*
Glenn A. Danas (admitted *pro hac vice*)
Maksim Gorbunov (admitted *pro hac vice*)
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, California 90265


Jamie K. Serb (admitted *pro hac vice*)
Sepideh Ardestani (admitted *pro hac vice*)
CROSNER LEGAL PC
9440 Santa Monica Blvd., Ste. 301
Beverly Hills, CA 90210

Seth Barrow McCormick
HARRER LAW, PC
650 Warrenville Rd., Ste. 100
Lisle, IL 60532
seth@harrerlaw.com

*Counsel for Plaintiff*

<u>/s/Felicia Marsh</u>
Felicia Marsh, Esq.
Matthew F. Nieman, Esq.
Jackson Lewis P.C.
10701 Parkridge Blvd., Suite 300
Reston, VA 20191
703-483-8300
Felicia.Marsh@jacksonlewis.com

*Counsel for Defendant*